IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY SMITH,

    Plaintiff,                    No. 2:10-cv-1901 JFM (PC)

    vs.

SOLANO COUNTY DISTRICT ATTORNEY'S OFFICE,

    Defendants.               ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

/////

/////

1

1 failure to comply with this order will result in a recommendation that this action be dismissed
2 without prejudice.
3 DATED: August 2, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

md014;smit1901.3c.new